IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) | CIV |
| ) | |
| v. ) ) | **COMPLAINT** |
| DATA LISTING SERVICES LLC, ) d/b/a THE CONNECTION, ) ) | |
| ) | **JURY TRIAL DEMAND** |
| Defendant. ) ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct alleged unlawful employment practices on the basis of sex, and to provide appropriate relief to Jamie Thompson and a class of females who were adversely affected by such practices during their employment with Defendant Data Listing Services LLC, d/b/a The Connection ("Defendant Employer"). The Commission alleges that Jamie Thompson and a class of females were subjected to sexual harassment by a male co-worker, including suffering unwelcome touching and unwelcome comments and conduct of a sexual nature, which created a hostile work environment for them because of their sex, female.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000e-5 (f)(1) and(3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.     The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of New Mexico.

## PARTIES

3.     Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.     At all relevant times, Defendant Employer has continuously been a Minnesota corporation doing business in the State of New Mexico and the city of Moriarty, and has continuously had at least 15 employees.

5.     At all relevant times, Defendant Employer has continuously been and is now an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6.     More than thirty days prior to the institution of this lawsuit, Jamie Thompson filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.     Since at least October 2005, Defendant Employer has engaged in unlawful employment practices at its Moriarity, New Mexico facility in violation of Section 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) because of sex.  These practices include:

   A.     The harassment of Jamie Thompson and a class of female employees, which created a hostile work environment, because of their sex, female.

8.      The effect of the practices complained of in paragraph 7 above has been to deprive Jamie Thompson and a class of females of equal employment opportunities and otherwise adversely affect their status as employees because of their sex, female.

9.      The unlawful employment practices complained of in paragraph 7 above were intentional.

10.     The unlawful employment practices complained of in paragraph 7 above were done with malice and/or with reckless indifference to the federally protected rights of Jamie Thompson and other female employees of Defendant Employer.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in harassment of employees because of sex and any other employment practice which discriminates on the basis of sex.

B.      Order Defendant Employer to institute and carry out policies, practices and programs which provide equal employment opportunities for men and which eradicate the effects of its past and present unlawful employment practices.

D.      Order Defendant Employer to make whole Jamie Thompson and the class of females by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, in amounts to be determined at trial.

  E. Order Defendant Employer to make whole Jamie Thompson and the class of females by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including but not limited to, emotional pain, suffering, inconvenience, mental anguish, humiliation, loss of enjoyment of life, and other nonpecuniary losses, in amounts to be determined at trial.

  F. Order Defendant Employer to pay Jamie Thompson and the class of females punitive damages for its malicious and/or reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the Commission its costs in this action.

## **JURY TRIAL DEMANDED**

  The Commission requests a jury trial on all questions of fact raised by its complaint.

  DATED this 26th day of September, 2008.

    Respectfully submitted,

    RONALD COOPER
    General Counsel

    JAMES L. LEE
    Deputy General Counsel

    GWENDOLYN YOUNG REAMS
    Associate General Counsel
    EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION

1801 L Street, NW
Washington, D.C.  20507


*/s/ Molina for Mary Jo O'Neill*
MARY JO O'NEILL
Regional Attorney

*/s/ Molina for Sally C. Shanley*
SALLY C. SHANLEY
Supervisory Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Phoenix District Office
3300 North Central Avenue
Suite 690
Phoenix, Arizona 85012


**Electronically Filed**

*/s/ Veronica A. Molina*
Trial Attorney

Loretta Medina
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Albuquerque Area Office
505 Marquette NW, Suite 900
Albuquerque, New Mexico 87102
(505) 248-5231

Attorneys for Plaintiff